# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADUAN BROWN, | Case No.  1:26-cv-01008-FRS (BAM) (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| v. | |
| MARISCAL, et al., | (ECF No. 2) |
| Defendants. | |

Plaintiff LaDuan Brown ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on February 5, 2026, together with a motion to proceed in forma pauperis.  (ECF Nos. 1, 2.)

Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis, (ECF No. 2), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:    **February 9, 2026**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

1