**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LADAUN BROWN,<br>Plaintiff,<br>v.<br>MARISCAL, et al.,<br>Defendants. | Case No. 1:26-cv-01008 JLT FJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMNARY INJUNCTION<br><br>(Docs. 8, 10) |

LaDaun Brown is a former state prisoner and seeks to hold the defendants liable for civil rights violations that occurred while Brown was incarcerated at Kern Valley State Prison, CSP-Sacramento, and Salinas Valley State Prison. (*See generally* Doc. 1.) Brown requests a preliminary injunction against "unknown Kern Valley State Prison" officials and all defendants associated with KSVP. (Doc. 8.)

The magistrate judge found Brown fails to meet "the requirements for the injunctive relief he seeks in this action." (Doc. 10 at 3.) The magistrate judge noted that "the complaint names thirty-one defendants, only three of whom are employed at KVSP," and the action has not proceeded past the screening stage. (*Id.*) The magistrate judge also found that Brown failed "to specify what relief is sought", "and the court cannot simply grant a request for unspecified and unlimited injunctive relief." (*Id.*) Therefore, the magistrate judge recommended the Court deny the motion for a preliminary injunction. (*Id.*)

The Court served the Findings and Recommendations on Brown and notified him that any objections were due within 14 days.[1] (Doc. 10 at 4.) The Court advised Brown that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Brown did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 14, 2026 (Doc. 10) are **ADOPTED** in full.
2. Plaintiff's motion for preliminary injunction (Doc. 8) is **DENIED**.

IT IS SO ORDERED.

Dated: September 14, 2026

UNITED STATES DISTRICT JUDGE

[1] After the Court received a notice of change of address, the Findings and Recommendations were re-served at the new address on August 28, 2026.